IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-832 (CKK) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

**U.S. DEPARTMENT OF JUSTICE'S STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h), the U.S. Department of Justice submits this statement of material facts as to which there is no genuine dispute.

1. On February 1, 2017, Judicial Watch submitted a FOIA request for emails sent from or received by "the Department of Justice e-mail account utilized by former Acting Attorney General Sally Yates" from January 21 through January 31, 2017.  Brinkmann Decl. ¶ 3.

2. The Department of Justice acknowledged receipt.  *Id.* ¶ 4.

3. Judicial Watch filed suit on May 5, 2017.  Compl., ECF No. 1

4. Judicial Watch agreed to exclude from the scope of its request certain news clippings sent to Acting Attorney General Yates by the Department of Justice's Office of Public Affairs, and querulous emails sent by one person to a long list of individuals in and out of government.  Brinkmann Decl. ¶¶ 6–7.

5. The Department of Justice produced all other responsive, non-exempt records in two productions dated October 24 and November 24, 2017, as well as a supplemental production dated March 30, 2018.  *Id.* ¶¶ 9–11.

1

6. The material withheld from these productions and challenged here was protected by the attorney work product doctrine and deliberative process privilege incorporated within FOIA Exemption 5, 5 U.S.C. § 552(b)(5). Brinkmann Decl. ¶ 12.

                                                    Respectfully submitted,

                                                    CHAD A. READLER
                                                    Acting Assistant Attorney General

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Branch Director
                                                    Federal Programs Branch

                                                    /s/ *James Bickford*
                                                    JAMES BICKFORD
                                                    New York Bar No. 5163498
                                                    Trial Attorney, Federal Programs Branch
                                                    Civil Division, U.S. Department of Justice
                                                    20 Massachusetts Ave., NW
                                                    Washington, DC 20530
                                                    (202) 305-7632

Dated: August 23, 2018                        James.Bickford@usdoj.gov