# EXHIBIT A

425 Third Street SW Suite 800
Washington, D.C. 20024
Phone: (202) 646-5172
Fax: (202) 646-5199



RECEIVED

**FEB 0 1 2017**

Office of Information Policy



To: Initial Requests Staff      From: Sean Dunagan

Fax: 202-514-1009      Date: 2/1/2017

Phone:      Pages: 4

Re: FOIA Request

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

If you do not receive all pages, please contact (202) 646-5172.



February 1, 2017

<u>**VIA CERTIFIED MAIL & FACSIMILIE (202-514-1009)**</u>

Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

<u>**Re:  Freedom of Information Act Request**</u>

Dear Freedom of Information Officer:

Judicial Watch, Inc. ("Judicial Watch") hereby requests that the Department of Justice produce the following records pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"):

> **Any and all e-mails sent from or received from the Department of Justice e-mail account utilized by former Acting Attorney General Sally Yates between January 21, 2017 and January 31, 2017.**

Please determine whether to comply with this request within the time period required by FOIA and notify us immediately of your determination, the reasons therefor, and the right to appeal any adverse determination to the head of the agency or his or her designee.  5 U.S.C. § 552(a)(6)(i).  Please also produce all responsive records in an electronic format ("pdf" is preferred), if convenient.  We also are willing to accept a "rolling production" of responsive records if it will facilitate a more timely production.

Judicial Watch also hereby requests a waiver of both search and duplication fees. We are entitled to a waiver of search fees because we are a "representative of the news media."  *See* 5 U.S.C. § 552(a)(4)(A)(ii)(II); *see also Cause of Action v. Federal Trade Comm.*, 799 F.3d 1108 (D.C. Cir. 2015); *Nat'l Sec. Archive v. U.S. Dep't of Defense*, 880 F.2d 1381 (D.C. Cir. 1989).  For more than twenty years, Judicial Watch has used FOIA and other investigative tools to gather information about the operations and activities of government, a subject of undisputed public interest.  We submit over 400 FOIA requests annually.  Our personnel, which includes experienced journalists and professional writers on staff and under contract, use their editorial skills to turn this raw information into

**Department of Justice**
**February 1, 2017**
**Page 2 of 3**

distinct works that are disseminated to the public via our monthly newsletter, which has a circulation of over 300,000, weekly email update, which has over 600,000 subscribers, investigative bulletins, special reports, www.judicialwatch.org website, *Corruption Chronicles* blog, and social media, including Facebook and Twitter, among other distribution channels. We have authored several books, including *Corruption Chronicles* by Tom Fitton (Threshold Editions, July 24, 2012), and another book, *Clean House* by Tom Fitton (Threshold Editions, Aug. 30, 2016). In 2012, we produced a documentary film, "District of Corruption," directed by Stephen K. Bannon. Our "news media" status has been confirmed in court rulings. *See, e.g., Judicial Watch, Inc. v. U.S. Dep't of Defense*, 2006 U.S. Dist. LEXIS 44003, *1 (D.D.C. June 28, 2006); *Judicial Watch, Inc. v. U.S. Dep't of Justice*, 133 F. Supp.2d 52 (D.D.C. 2000). As a tax exempt, 501(c)(3) non-profit corporation, we have no commercial interests and do not seek the requested records for any commercial use. Rather, we intend to use the requested records as part of our on-going investigative journalism and public education efforts to promote integrity, transparency, and accountability in government and fidelity to the rule of law.

Judicial Watch also is entitled to a waiver of both search fees and duplication fees because "disclosure of the information is in the public interest." 5 U.S.C. § 552(a)(4)(A)(iii). Disclosure of the requested records undoubtedly will shed light on "the operations or activities of the government." *Cause of Action*, 799 F.3d at 1115 (*quoting* 5 U.S.C. § 552(a)(4)(A)(iii)). Disclosure also is "likely to contribute significantly to the public understanding" of those operations or activities because, among other reasons, Judicial Watch intends to disseminate both the records and its findings to "a reasonably broad audience of persons interested in the subject" via its newsletter, email updates, investigative bulletins, website, blog, and its other, regular distribution channels. *Cause of Action*, 799 F.3d at 1116 (*quoting Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 815 (2d Cir. 1994)). Again, Judicial Watch does not seek the requested records for any commercial benefit or for its own "primary" benefit, but instead seeks them as part of its ongoing investigative journalism and public education efforts to promote integrity, transparency, and accountability in government and fidelity to the rule of law.

In the event our request for a waiver of search and/or duplication costs is denied, Judicial Watch agrees to pay up to $300.00 in search and/or duplication costs. Judicial Watch requests that it be contacted before any such costs are incurred, in order to prioritize search and duplication efforts.

If you do not understand this request or any portion thereof, or if you feel you require clarification of this request or any portion thereof, please contact us immediately at 202-646-5172 or sdunagan@judicialwatch.org.

Thank you for your cooperation.

**Department of Justice**
**February 1, 2017**
**Page 3 of 3**


Sincerely,

Sean Dunagan
Judicial Watch, Inc.

# EXHIBIT B



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

March 2, 2017

Mr. Sean Dunagan
Judicial Watch, Inc.
425 Third Street, SW
Suite # 800
Washington, DC  20024                          Re:   DOJ-2017-002048 (AG)
sdunagan@judicialwatch.org                            DRH:JMS

Dear Mr. Dunagan:

       This is to acknowledge receipt of your Freedom of Information Act (FOIA) request
dated and received in this Office on February 1, 2017, in which you requested emails to or
from former Acting Attorney General Sally Yates from January 21, 2017, through January 31,
2017.  This response is made on behalf of the Office of the Attorney General.

       We are in receipt of your request and are currently searching for responsive records.
For your information, we use multiple tracks to process requests, but within those tracks we
work in an agile manner, and the time needed to complete our work on your request will
necessarily depend on a variety of factors, including the complexity of our records search, the
volume and complexity of any material located, and the order of receipt of your request.  At
this time, we have assigned your request to the simple track.

       We have not yet made a decision on your request for a fee waiver.  We will do so after
we determine whether fees will be assessed for this request.  In your letter, you agreed to pay
fees up to $300 in the event that a fee waiver is not granted.

       I regret the necessity of this delay, but I assure you that your request will be processed
as soon as possible.  If you have any questions or wish to discuss reformulation or an
alternative time frame for the processing of your request, you may contact me by telephone at
the above number or you may write to me at the Office of Information Policy, United States
Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-
0001.  Lastly, you may contact our FOIA Public Liaison at the telephone number listed above
to discuss any aspect of your request.

                                              Sincerely,

                                              James M. Smith
                                              Attorney-Advisor

# EXHIBIT C



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

September 15, 2017

Mr. Sean Dunagan
Judicial Watch, Inc.
425 Third Street, SW
Suite # 800                                      Re:      DOJ-2017-002048 (AG)
Washington, DC  20024                                  No.1:17-cv-00832
sdunagan@judicialwatch.org                             DRC:JRS

Dear Mr. Dunagan:

     This is our first interim response to your Freedom of Information Act (FOIA) request dated and received in this Office on February 1, 2017, in which you requested emails to or from former Acting Attorney General Sally Yates from January 21, 2017, through January 31, 2017.

     Please be advised that the search has been conducted for former Acting Attorney General Sally Yates' emails from January 21, 2017, through January 31, 2017.  Records responsive to your request have been located, and are being reviewed.  We now anticipate that we will produce all such non-exempt records no later than October 20, 2017.  At this time, I have determined that twenty-eight pages must be withheld in full.  The pages—which include, *inter alia*, personal retirement information—are being withheld in full pursuant to Exemption 6 of the FOIA, 5 U.S.C.§ 552(b)(6).  Exemption 6 pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

     For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2015) (amended 2016).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

     If you have any questions regarding this response, please contact James Bickford of the Department's Civil Division, Federal Programs Branch, at (202) 305-7632.

                                             Sincerely,

                                             *Daniel Castellano*

                                             Daniel R. Castellano
                                             Senior Attorney

# EXHIBIT D



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

October 24, 2017

Mr. Sean Dunagan
Judicial Watch, Inc.
425 Third Street, SW
Suite # 800                                         Re:      DOJ-2017-002048 (AG)
Washington, DC  20024                                       No.1:17-cv-00832
sdunagan@judicialwatch.org                                 DRC:JRS

Dear Mr. Dunagan:

        This is our second interim response to your Freedom of Information Act (FOIA)
request and related lawsuit, seeking emails to or from former Acting Attorney General Sally
Yates for the period of January 21, 2017, through January 31, 2017.

        By letter dated September 15, 2017, we provided you with an interim response and
informed you that we were continuing to process records.  At this time, we have completed
processing of an additional 333 pages of records responsive to your request and are continuing
to process an additional 110 pages of responsive records.  I have determined that 251 pages are
appropriate for release without excision.  I have also determined that eighty-two pages are
appropriate for release with certain excisions made pursuant Exemptions 5 and 6 of the FOIA,
5 U.S.C. § 552(b)(5) and (b)(6), and copies are enclosed.  Exemption 5 pertains to certain
inter- and intra-agency communications protected by the deliberative process privilege and
attorney work-product privilege.  Exemption 6 pertains to information the release of which
would constitute a clearly unwarranted invasion of the personal privacy of third parties.
Information has also been withheld on behalf of the Federal Bureau of Investigation pursuant
to FOIA Exemption 7(C) and 7(E), 5 U.S.C. § 552(b)(7)(C) and (b)(7)(E), which involves
records or information compiled for law enforcement purposes, the release of which could
reasonably be expected to constitute an unwarranted invasion of the personal privacy of third
parties.

        For your information, Congress excluded three discrete categories of law enforcement
and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2015)
(amended 2016).  This response is limited to those records that are subject to the requirements
of the FOIA.  This is a standard notification that is given to all our requesters and should not be
taken as an indication that excluded records do, or do not, exist.

-2-

If you have any questions regarding this response, please contact James Bickford of the Department's Civil Division, Federal Programs Branch, at (202) 305-7632.

Sincerely,

Daniel R. Castellano
Senior Attorney

# EXHIBIT E



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

November 24, 2017

Mr. Sean Dunagan
Judicial Watch, Inc.
425 Third Street, SW
Suite # 800                                     Re:     DOJ-2017-002048 (AG)
Washington, DC  20024                                   No.1:17-cv-00832
sdunagan@judicialwatch.org                              DRC:JRS

Dear Mr. Dunagan:

    This is a final response to your Freedom of Information Act (FOIA) request and related lawsuit, seeking emails to or from former Acting Attorney General Sally Yates for the period of January 21, 2017, through January 31, 2017.

    By letter dated October 24, 2017, we provided you with an interim response and informed you that we were continuing to process records.  Our work on your request is now complete.  We have completed processing of an additional 110 pages of records responsive to your request.  I have determined that four pages are appropriate for release without excision.  I have also determined that thirty-eight pages are appropriate for release with certain excisions made pursuant Exemptions 5 and 6 of the FOIA, 5 U.S.C. § 552(b)(5) and (b)(6), and copies are enclosed.[1]  Exemption 5 pertains to certain inter- and intra-agency communications protected by the deliberative process privilege and attorney work-product privilege. Exemption 6 pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

    The remaining sixty-eight pages are being withheld in full pursuant to Exemptions 5 and 6 of the FOIA.  Please note that the records withheld pursuant to Exemption 5 pertain to inter- and intra-agency communications protected by the deliberative process privilege and attorney work-product privilege.

    For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2015) (amended 2016).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

---

[1]  Please be advised that certain paragraphs within these thirty-eight pages have been released as a matter of discretion.

-2-

If you have any questions regarding this response, please contact James Bickford of the Department's Civil Division, Federal Programs Branch, at (202) 305-7632.

Sincerely,

Daniel R. Castellano
Senior Attorney

Enclosures

# EXHIBIT F



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

March 30, 2018

Mr. Sean Dunagan
Judicial Watch, Inc.
425 Third Street, SW
Suite # 800                                    Re:    DOJ-2017-002048 (AG)
Washington, DC  20024                                  No.1:17-cv-00832
sdunagan@judicialwatch.org                             DRC:JRS

Dear Mr. Dunagan:

        This is a supplemental final response to your Freedom of Information Act (FOIA) request, seeking emails to or from former Acting Attorney General Sally Yates for the period of January 21, 2017, through January 31, 2017.

        As a matter of administrative discretion, we have decided to release additional information on a one-page document that we originally released in part in the October 24, 2017 interim release, and to release another one-page document that we originally withheld in full. Copies of these documents are enclosed.

        Additionally, please be advised that as a result of our initial search we located 110 pages of records concerning purely personal matters, such as emails sent outside working hours arranging lunch or dinner plans with family and friends.  Because the documents located constituted personal records of Acting Attorney General Yates, they are not subject to the FOIA.

        If you have any questions regarding this response, please contact James Bickford of the Department's Civil Division, Federal Programs Branch, at (202) 305-7632.

                                               Sincerely,

                                               *Daniel Castellano*

                                               Daniel R. Castellano
                                               Senior Attorney

Enclosure